WHITESELL v. WHITESELL

No. 696P82.

Case below: 59 N.C. App. 552.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1983.

WRIGHT v. AMERICAN GENERAL LIFE INS. CO.

No. 19P83.

Case below: 59 N.C. App. 591.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 February 1983.